# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| JOSHUA SALAZAR, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 5:15-cv-01044-DAE |
| | § | |
| TEXAS PRIDE FUELS, LTD., | § | |
| | § | |
| Defendant | § | |

## DEFENDANT'S UNOPPOSED MOTION TO WITHDRAW AND ENTRY OF APPEARANCE OF COUNSEL

Counsel for Defendant Texas Pride Fuels, Ltd., moves the Court to enter an order allowing Adam Boland and Soña Ramirez to withdraw as attorneys of record for Defendant Texas Pride Fuels, Ltd., in the above-styled and numbered lawsuit. Defendant Texas Pride Fuels, Ltd., has agreed to this withdrawal. The withdrawal is not expected to delay this action or prejudice Plaintiff.

Additionally, Martin A. Rodriguez and Lawrence D. Smith of the law firm Ogletree, Deakins, Nash, Smoak & Stewart, P.C., hereby enters an appearance on behalf of Defendant Texas Pride Fuels, Ltd. All correspondence, pleadings, and notices of hearing should be forwarded to the aforementioned counsel at the addresses listed below.

Attorney for Plaintiff does not oppose this Motion.

Respectfully submitted,

/s/Martin A. Rodriguez  _____
Martin A. Rodriguez
State Bar No. 24071129
martin.rodriguez@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
301 Congress Avenue, Suite 1150

1

Austin, Texas  78701
512.344.4704
512.344.4701 facsimile

Lawrence D. Smith
State Bar No. 18638800
Larry.Smith@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
2700 Weston Centre
112 East Pecan Street
San Antonio, TX  78205
210.354.1300 (phone)
210.277.2702 (fax)

**ATTORNEYS FOR DEFENDANT**

**CERTIFICATE OF CONFERENCE**

I hereby certify that the parties have communicated regarding this Motion and Plaintiff's counsel has stated Plaintiff is unopposed to this Motion.

/s/Martin A. Rodriguez
Martin A. Rodriguez

**CERTIFICATE OF SERVICE**

I certify that on this 14th day of April, 2016, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court, Western District of Texas, using the electronic case file system of the court.  The electronic case file system sent a "Notice of Electronic Filing" to the following CM/ECF participants:

Adam Poncio
State Bar No. 16109800
salaw@msn.com
Thomas N. Cammack, III
State Bar No. 24073762
tcammack@ponciolaw.com
PONCIO LAW OFFICES, P.C.
5410 Fredericksburg Road, Suite 109
San Antonio, Texas  78229-3550
Telephone: 210.212.7979
Facsimile: 210.212.5880

/s/Martin A. Rodriguez
Martin A. Rodriguez